**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.76.130.60**

**ISP:** Comcast Cable
**Physical Location:** League City, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/12/2018 02:39:30 | 3AEBD2C836F6107996227E59C4614ECF5D1DCC7D | Lingerie Birthday Surprise |
| 10/11/2017 09:13:37 | E3C93167A599AC766CC371241EBB7654FFED21E3 | Love Burns Again |
| 08/31/2017 01:43:15 | DB3FA3361CFB8621905E53012871F2A808F4E3B8 | Born To Be Wild |
| 07/03/2017 00:01:01 | 1470B29750A526AFA3CBA9226306F7B7C185DBEE | XXX Threeway Games |
| 03/14/2017 12:37:26 | F4B473A9165090F56B90E569E90A4CEF41A75DB7 | Want To Fuck My Wife |
| 01/30/2017 22:10:06 | 6B90E9FDB4FAB0EA1C4F3A054B5F5179382F4D26 | A Rose A Kiss and A Bang |
| 07/31/2016 04:24:53 | 2C201082908C1CF6032B5A830C977F394F7BA500 | Epic Love |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

STX160