United States District Court
Southern District of Texas

**ENTERED**

October 08, 2018

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2090 |
| | § | |
| | § | |
| JOHN DOE, | § | |
| | § | |
| Defendant. | § | |

ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe, pursuant to Rule 41(a)(1)(A)(i). Accordingly, it is

ORDERED that this matter is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on October 8, 2018.


Ewing Werlein, Jr.
United States District Judge